# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LEONARD HADLEY,<br><br>      Petitioner,<br><br>      v.<br><br>WARDEN FAKHOURY, et al.,<br><br>      Respondents. | No.  ED CV 09-2349-DSF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's interim report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The interim report and recommendation is adopted.

2. Respondents' Motion to Dismiss is denied.

3. The clerk shall serve this order on all counsel or parties of record.

DATED: 10/4/10

                                              *Dale S. Fischer*<br>
                                          HONORABLE DALE S. FISCHER<br>
                                          UNITED STATES DISTRICT JUDGE