UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LEONARD HADLEY,<br><br>           Petitioner,<br><br>    v.<br><br>WARDEN FAKHOURY, et al.,<br><br>           Respondents. | No. ED CV 09-2349-DSF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the amended petition in this matter is denied and dismissed with prejudice.

DATED: July 25, 2011

                                      HONORABLE DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE